IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD C. GOINS,
    Plaintiff,

vs.                                 Case No. 3:10cv551/LAC/EMT

WALTER A. McNEIL, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 18, 2011 (doc. 36). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's Eighth Amendment claim concerning the deprivation of adequate medical treatment for Hepatitis C is **DISMISSED without prejudice** for failure to exhaust administrative remedies, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

    3.    Plaintiff's remaining claims are **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii);

    4.    Plaintiff's state law claims are **DISMISSED** without prejudice to Plaintiff's right to assert them in state court; and

5.      The clerk is directed to enter judgment accordingly and close the file.


**DONE AND ORDERED** this 31st day of August, 2011.


                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**